UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD SOLDAN,

    Plaintiff,

v.

WILLIAM ROBINSON, ET AL.,

    Defendants.

Case No. 19-11334

SENIOR U. S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
ANTHONY P. PATTI

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATIONS [41]; DENYING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT [21] [26]**

On May 3, 2019, *pro se* Plaintiff Richard Soldan filed this prisoner civil rights action pursuant to 42 U.S.C. § 1983 against Defendants William R. Robinson, Robert A. Warner, James B. Robertson, and Michigan Department of Corrections (MDOC). On November 18 and December 4, 2019, Defendants filed Motions for Summary Judgment [21] [26]. Plaintiff filed a Response [30] on January 21, 2020. Defendants filed a Reply [32] on February 14, 2020. On July 9, 2020, the Magistrate Judge issued a Report and Recommendation ("R&R") [41] recommending that the Court deny Defendants' Motions for Summary Judgment [21] [26]. Neither party

having filed an objection to the R&R and the Court having reviewed the record, the R&R [41] is hereby **ADOPTED** and entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Defendants' Motions for Summary Judgment [21] [26] are **DENIED**.

Dated: October 9, 2020

s/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge